■ DIANA AYLWARD, Appellant, v ANSGARIUS AYLWARD, Respondent.—Motion to be relieved as counsel granted. Memorandum: No further proceedings shall be taken until 30 days after notice to appoint another attorney has been served upon plaintiff by registered mail addressed to her at 178 Highland Avenue, Buffalo, New York 14222 (see, CPLR 321 [c]). Present —Callahan, A. P. J., Doerr, Boomer, Balio and Lawton, JJ.

■ ROGER DAHLIN et al., Appellants, v JOHN GLYNN et al., Respondents.—Motion to be relieved as counsel granted. Memorandum: No further proceedings shall be taken until 30 days after notice to appoint another attorney has been served upon respondent Glynn by registered mail addressed to him at 324 West Broadway, Room #9, Fulton, New York 13069 (see, CPLR 321 [c]). Present—Callahan, A. P. J., Doerr, Boomer, Pine and Davis, JJ.

■ In the Matter of SHARON DUFFY, Petitioner, v CESAR PERALES, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Motion for poor person relief denied as unnecessary (see, 22 NYCRR 1000.5 [f] [2]). Present—Callahan, A. P. J., Doerr, Boomer, Pine and Davis, JJ.

■ PEOPLE v JAMES M. SWIMLEY, Defendant.—Motion granted and time to take appeal extended upon condition that a notice of appeal is filed and served on or before November 8, 1991. Memorandum: Defense counsel was guilty of improper conduct by failing to give defendant the notice in writing required by 22 NYCRR 1022.11 (a). Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.

■ PEOPLE v ROBERT KYLER, Also Known as KALEEF, Defendant.—Motion granted and time to take appeal extended upon condition that a notice of appeal is filed and served on or before November 4, 1991. Memorandum: We remind defense counsel that the notice of appeal must be filed in the office of the County Clerk, not with the trial court clerk. Present— Doerr, J. P., Boomer, Green, Pine and Davis, JJ.

■ PEOPLE v RAMON DELEON, Defendant.—Motion to extend time to take appeal dismissed as untimely. Memorandum: The motion was untimely made (see, CPL 460.30). Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.